1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744



FILED

AUG 24 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) CR. No. S-
                                         )
            Plaintiff,                   ) ORDER TO SEAL
                                         ) (UNDER SEAL)
      v.                                 )
                                         ) 2: 05 CR 00346
SEALED,                                  )
                                         )
                                         ) **SEALED**
            Defendants.                  )
_____)

The Court hereby orders that the Indictment, the Petition of PHILIP A. FERRARI, Assistant U.S. Attorney, to Seal the Indictment, and this Order To Seal in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: 8/24/05

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE