McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

FILED

DEC 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-0346 MCE |
| Plaintiff, ) | Request For Unsealing of Indictment and [proposed] Order |
| v. ) | |
| MIGUEL ANGEL RUIZ-BRAVO, ) aka Salvador Sanchez-Torres,) aka Nano, ) | |
| Defendant. ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 24, 2005, the Honorable Dale A. Drozd issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant or further order of the Court.

2. On December 15, 2006, the defendant Miguel Ruiz-Bravo was arrested by state law enforcement officers.

1

THEREFORE, your petitioner prays that the aforesaid Indictment be unsealed and made part of the public record.

Dated: December 18, 2006

Respectfully submitted,

McGREGOR W. SCOTT
U.S. ATTORNEY

by: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

The Court hereby orders that the Indictment in case no S-05-0346 MCE be unsealed and made part of the public record.

DATED: December 18, 2006

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
United States Magistrate Judge