UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-05-0346 MCE |
| v. | ) | |
| | ) | |
| MIGUEL ANGEL RUIZ-BRAVO | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:      Miguel Angel Ruiz-Bravo
Detained at (custodian):      Sacramento County Jail
Detainee is:    a.)    (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                            charging detainee with: Conspiracy to Distribute over 500 grams of Methamphetamine 21 USC 846/841
        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
           or    b.)    (X) be retained in federal custody until final disposition of federal charges, as it is anticipated his state court proceedings will be completed by the date of the detainee's requested production

*Appearance is necessary to appear for arraignment on October 29, 2009, at 2:00 pm before the Hon. Kimberly J. Mueller in the Eastern District of California.*

Signature:      __/s/ Philip A. Ferrari_____
Printed Name & Phone No:      __Philip A. Ferrari (916)554-2744 _____
Attorney of Record for:      United States of America_____

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on October 29, 2009, at 2:00 pm for arraignment, and any further proceedings to be had in this cause.

Date: October 27, 2009

_____
U.S. MAGISTRATE JUDGE

_____
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Nano, Salvador Sanchez-Torres | Male X    Female |
| Booking or CDC #: | X-REF 4295355 | DOB: 10/27/70 |
| Facility Address: | Sacramento County Mail Jail | Race: |
| | 651 I Street, Sacramento, CA | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | Cal. P.C. 182(A)(1) (Felony Conspiracy) | |

_____
**RETURN OF SERVICE**

Executed on    _____      By: _____
                                                                                          (Signature)