PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MIGUEL ANGEL RUIZ-BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MIGUEL ANGEL RUIZ-BRAVO , ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr-S-05-346 MCE <br><br> STIPULATION AND ORDER CONTINUING STATUS HEARING |

Defendant, MIGUEL ANGEL RUIZ-BRAVO, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, PHILIP A. FERRARI, stipulate and agree to the following:

1. The presently scheduled date of May 13, 2010 for Status Hearing shall be vacated and said Hearing be rescheduled for June 3, 2010 at 9:00 a.m. for change of plea.

2. Defendant and the Government are finalizing the terms of the anticipated Plea Agreement. Counsel for the defense is attempting to co-ordinate consultations with Defendant using multiple interpreters and is experiencing scheduling difficulties and, therefore, requires additional time.

3. A Spanish language interpreter has been scheduled for this date.

4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

- 1 -

3161(h)(7)(A) and Local Rule T-4, for both continuity of defense counsel and defense counsel's preparation (to allow sufficient time to negotiate and discuss the plea agreement with the defendant).

IT IS SO STIPULATED.

Dated:  May 11, 2010            /s/ PHILIP A. FERRARI
                                Assistant U.S. Attorney
                                for the Government


Dated   May 11, 2010            /s/   PETER KMETO
                                Attorney for Defendant
                                MIGUEL ANGEL RUIZ-BRAVO


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until June 3, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: May 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -