1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: MIGUEL ANGEL RUIZ-BRAVO
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )      No. Cr-S-05-346 MCE
                                     )
10              Plaintiff,           )
                                     )      STIPULATION AND ORDER
11       vs.                         )      CONTINUING STATUS
                                     )      HEARING
12                                   )
   MIGUEL ANGEL RUIZ-BRAVO ,        )
13                                   )
                Defendant.           )
14 _____)

15        Defendant, MIGUEL ANGEL RUIZ-BRAVO, through his attorney, PETER

16 KMETO, and the United States of America, through its counsel of record, PHILIP A.

17 FERRARI, stipulate and agree to the following:

18        1. The presently scheduled date of June 3, 2010 for Status Hearing shall be

19 vacated and said Hearing be rescheduled for June 24, 2010 at 9:00 a.m. for

20 change of plea.

21        2. Defendant and the Government are finalizing the terms of the anticipated

22 Plea Agreement. Counsel for the defense is attempting to co-ordinate

23 consultations with Defendant using multiple interpreters and is experiencing

24 scheduling difficulties and, therefore, requires additional time.

25        3. A Spanish language interpreter has been scheduled for this date.

26        4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

27

28                                  - 1 -

1   3161(h)(7)(A) and Local Rule T-4, for both continuity of defense counsel and

2   defense counsel's preparation (to allow sufficient time to negotiate and

3   discuss the plea agreement with the defendant).

4

5   IT IS SO STIPULATED.

6   Dated:   June 1, 2010                    /s/ PHILIP A. FERRARI

7                                            Assistant U.S. Attorney

8                                            for the Government

9

10

11  Dated   June 1, 2010                     /s/   PETER KMETO

12                                           Attorney for Defendant

13                                           MIGUEL ANGEL RUIZ-BRAVO

14

15                              ORDER

16          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

17  ordered that the hearing for STATUS HEARING be continued as set forth above.

18          The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)

19  and Local Rule T-4 until June 24, 2010 for continuity of defense counsel and time

20  to permit defense counsel to prepare and properly advise his client.

21

22   Dated: June 2, 2010

23

24                              _____

25                              MORRISON C. ENGLAND, JR.

26                              UNITED STATES DISTRICT JUDGE

27

28                              - 2 -